UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

DEC 1 1 2007

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 2:07cr 650 |
| | § | |
| AUSTIN MICHAEL TAYLOR | § | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE

On or about October 2, 2007, in the Corpus Christi Division of the Southern District of

Texas and elsewhere within the jurisdiction of the Court, at the Corpus Christi Naval Air Station,

on land acquired for the use of the United States and under the exclusive jurisdiction thereof, the

defendant,

AUSTIN MICHAEL TAYLOR,

did unlawfully appropriate property with intent to deprive owner of said property whole value is

more than ($500.00) five hundred dollars but less than ($1,500.00) one thousand five hundred

dollars, to wit: one (1) playstation 3 and video games with a value of seven hundred seventy-

eight dollars and ninety-seven cents ($778.97), taken from the Navy Exchange, located at the

Naval Air Station (NAS), in Corpus Christi, TX.

In violation of Section 31.03 of the Penal Code of the State of Texas and Title 18, United States Code, Sections 7 and 13.

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

By: _____

JULIE K. HAMPTON
Assistant United States Attorney